IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** De La Pena, Maria L                    Case Number:  05 B 34628
                                                  Judge: Goldgar, A. Benjamin
Printed:  11/13/07                                Filed:  8/31/05

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:     Completed:  November 12, 2007
Confirmed:  November 1, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 13,470.00 |  |
| Secured: |  | 3,270.23 |
| Unsecured: |  | 7,786.53 |
| Priority: |  | 0.00 |
| Administrative: |  | 1,700.00 |
| Trustee Fee: |  | 713.24 |
| Other Funds: |  | 0.00 |
| Totals: | 13,470.00 | 13,470.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Macey & Aleman | Administrative | 1,700.00 | 1,700.00 |
| 2. | Cook County Treasurer | Secured | 0.00 | 0.00 |
| 3. | HomeComings Financial Network | Secured | 0.00 | 0.00 |
| 4. | HomeComings Financial Network | Secured | 13,045.25 | 3,270.23 |
| 5. | World Financial Network Nat'l | Unsecured | 106.19 | 703.55 |
| 6. | Capital One | Unsecured | 70.81 | 469.15 |
| 7. | Capital One | Unsecured | 128.13 | 848.94 |
| 8. | Resurgent Capital Services | Unsecured | 408.70 | 2,707.94 |
| 9. | Wells Fargo Fin Acceptance | Unsecured | 97.47 | 645.79 |
| 10. | ECast Settlement Corp | Unsecured | 363.91 | 2,411.16 |
|  |  |  | _____ | _____ |
|  |  |  | $ 15,920.46 | $ 12,756.76 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.5% | 125.40 |
| 5% | 33.99 |
| 4.8% | 109.38 |
| 5.4% | 444.47 |
|  | _____ |
|  | $ 713.24 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  De La Pena, Maria L

Printed:  11/13/07

Case Number:  05 B 34628
Judge:  Goldgar, A. Benjamin
Filed:  8/31/05

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_Denise Ashley_